COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. PASO ROBLES MER-
CANTILE COMPANY, Respondent.

No. 6313.

Circuit Court of Appeals, Ninth Circuit.
Nov. 19, 1930.

See, also, 33 F.(2d) 653.

Before RUDKIN and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered petition to review dismissed.

ERIE RAILROAD COMPANY, Appellant, v.
CLEVELAND RAILWAY COMPANY,
Appellee.

No. 5621.

Circuit Court of Appeals, Sixth Circuit.
Jan. 9, 1931.

B. D. Holt, of Cleveland, Ohio (Cook, McGowan, Foote, Bushnell & Burgess, of Cleveland, Ohio, on the brief), for appellant.

Edwin H. Chaney, of Cleveland, Ohio (Squire, Sanders & Dempsey, of Cleveland, Ohio, on the brief), for appellee.

Before DENISON, MOORMAN, and HICKS, Circuit Judges.

PER CURIAM.

No question is involved except the meaning of two clauses of the contract between the parties. Upon review and consideration, we agree with the interpretation given by the trial judge.

The judgment is affirmed.

C. C. GARDNER v. UNITED STATES.

No. 289.

Circuit Court of Appeals, Tenth Circuit.
Oct. 21, 1930.

Frank Hickman, of Tulsa, Okl., for appellant.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before PHILLIPS and McDERMOTT, Circuit Judges, and POLLOCK, District Judge.

PER CURIAM.

Appeal dismissed October 21, 1930, for failure to prosecute.